IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE J. ABRAMS, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv19 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on December 14, 2009 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 5, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **SUPPORTED BY SUBSTANTIAL EVIDENCE,** and is **AFFIRMED.**

As no further matters remain pending for the Court's review, this case is **CLOSED.**

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Chief Judge Susan J. Dlott
                                                      United States District Court